**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,** *et al.*, | ) ) ) ) | **CASE NO. 12 CV 1750** |
| Plaintiffs, | ) ) | **JUDGE PATRICIA A. GAUGHAN** |
| vs. | ) ) ) | |
| **COOPER INDUSTRIES PLC,** *et al.*, | ) ) | **Judgment Entry** |
| Defendants. | ) | |

For the reasons stated in the Court's accompanying Memorandum of Opinion and Order, Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is granted. Plaintiffs have failed to state a plausible federal claim for relief under the Securities Exchange Act of 1934, and the Court declines to exercise supplemental jurisdiction over plaintiff's remaining Irish law claim under 28 U.S.C. §1367(c).

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/16/12