UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COOPER INDUSTRIES PLC, KIRK S. HACHIGIAN, GERALD B. SMITH, LINDA A. HILL, DAN F. SMITH, STEPHEN G. BUTLER, IVOR J. EVANS, JAMES J. POSTL, LAWRENCE D. KINGSLEY, MARK S. THOMPSON, EATON CORPORATION, ABEIRON LIMITED, COMDELL LIMITED, TURLOCK B.V., and TURLOCK CORPORATION,<br><br>Defendants. | Case No. 1:12-cv-01750-PAG<br><br>CLASS ACTION<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SECURITIES EXCHANGE ACT OF 1934 AND OPPRESSION |

Now comes plaintiff Louisiana Municipal Police Employees Retirement System ("Plaintiff"), who hereby files this Notice of Withdrawal of Plaintiff's Motion for Leave to File Second Amended Class Action Complaint for Violations of the Securities Exchange Act of 1934 and Oppression (Dkt. No. 37).

Dated: November 16, 2012

Respectfully submitted,

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ARSHAN AMIRI
EDWARD B. GERARD
JUSTIN D. RIEGER

s/ Stephen J. Oddo
STEPHEN J. ODDO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsumeda.com
soddo@robbinsumeda.com
aamiri@robbinsumeda.com
egerard@robbinsumeda.com
jrieger@robbinsumeda.com

BRANNON LAW FIRM, LLC
PAUL M. BRANNON
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8697
Email: pmb@brannonlawfirm.com

O'BELL, L.L.C.
ERIC J. O'BELL
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8653
Email: eric@ghwlegal.com

LANDSKRONER GRIECO MERRIMAN, LLC
JACK LANDSKRONER (0059227)
DREW LEGANDO (0084209)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000

Facsimile: (216) 522-9007
E-mail: jack@lgmlegal.com
drew@lgmlegal.com

*Counsel for Plaintiffs Louisiana Municipal Police Employees Retirement System*

810127

**CERTIFICATE OF SERVICE**

I, Stephen J. Oddo, hereby certify that on November 16, 2012, a true and correct copy of the foregoing *Notice of Withdrawal of Plaintiff Louisiana Municipal Police Employees Retirement System's Motion for Leave to File Second Amended Class Action Complaint for Violations of the Securities Exchange Act of 1934 and Oppression* was filed via the Court's ECF system and will be electronically served on all registered participants. Parties may access this filing through the Court's ECF system.

s/ Stephen J. Oddo
STEPHEN J. ODDO